IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BRADSHAW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-5583 |
| | : | |
| SUE KARPINSKI | : | |

## ORDER

AND NOW, this 28th day of March, 2017, Defendant Sue Karpinski having made an oral motion to dismiss the above-captioned action for failure to appear and prosecute pursuant to Federal Rules of Civil Procedure 16(f)(1), 37(b)(2)(A)(v), and 41(b), and upon consideration of the factors set forth in *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863 (3d Cir. 1984), and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant's Motion is GRANTED.  Plaintiff Jeffrey Bradshaw's Complaint (Document 6) is DISMISSED with prejudice.  It is further ORDERED Plaintiff's Motion to Withdraw (Document 44) is DENIED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.